| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 26, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    DIANA MENA | Case No.:  19-32718<br><br>Hearing Date:  03/25/2020<br><br>Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: March 26, 2020

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  DIANA MENA

Case No.:  19-32718SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/25/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/25/2020 of the plan filed on 12/04/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 04/08/2020 or the case will be dismissed; and it is further

ORDERED, that Debtor must file amended schedule D by 4/8/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

```
United States Bankruptcy Court
       District of New Jersey
```

In re:  
Diana Mena  
    Debtor

Case No. 19-32718-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.  
db          Diana Mena,   820 Palisade Ave,   Union City, NJ  07087-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:  
          Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com  
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Robert Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5