Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.: 19−32718−SLM
            Chapter: 13
            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Mena
   820 Palisade Ave
   Union City, NJ 07087−4120

Social Security No.:
   xxx−xx−6508

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/4/19 and a confirmation hearing on such Plan has been scheduled for 3/25/20.

The debtor filed a Modified Plan on 3/26/20 and a confirmation hearing on the Modified Plan is scheduled for 5/13/20. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 27, 2020
JAN: lc

                                                  Jeanne Naughton
                                                  Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 19-32718-SLM
Diana Mena                                                   Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Mar 27, 2020
                              Form ID: 186             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db              Diana Mena,    820 Palisade Ave,    Union City, NJ   07087-4120
aty            +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Dr.,   Ste., 200,   PO Box 17933,
                 San Diego, CA 92177-7921
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518604298      +Bank Of America,    PO Box 5170,   Simi Valley, CA 93062-5170
518781596      +Bayview Loan Servicing,    2601 S Bayshore Dr, 4th Floor,    Miami, FL 33133-5413
518631697      +Bayview Loan Servicing, LLC, a Delaware Limited Li,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,   San Diego, CA 92177-7921
518708762      +CITIMORTGAGE, INC.,    CENLAR FSB,    ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430
518604301      +Citi Mortgage,   Po Box 9438,    Gaithersburg, MD 20898-9438
518604303      +Phelan Hallinan & Schmieg,    400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
518604786       Thomas James,    820 Palisade Ave.,    Union City, NJ 07087-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2020 00:06:07      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2020 00:06:06      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:50:21
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518702788      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 28 2020 00:06:23
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
518604299      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 00:53:16      Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
518604302      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 00:06:00      Comenity Bank,
                 995 W 122nd Ave,   Westminster, CO 80234-3417
518682572       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 28 2020 00:06:15      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518604300       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 28 2020 00:53:12      Chase,
                 800 Brooksedge Blvd,   Columbus, OH 43081
518694300       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2020 00:53:25      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518682533      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2020 00:06:05      Midland Funding LLC,
                 PO Box 2011,   Warren MI 48090-2011
518653938       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:56:13
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518604304      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:56:03      Syncb,   Po Box 965036,
                 Orlando, FL 32896-5036
518605263      +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:53:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 27, 2020
                              Form ID: 186             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:

```
              Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert   Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```