Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−32718−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Mena
   820 Palisade Ave
   Union City, NJ 07087−4120

Social Security No.:
   xxx−xx−6508

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/25/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 25, 2020
JAN: LVJ

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-32718-SLM
Diana Mena                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jun 26, 2020
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db            Diana Mena,    820 Palisade Ave,    Union City, NJ   07087-4120
aty          +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Dr.,    Ste., 200,    PO Box 17933,
               San Diego, CA 92177-7921
cr           +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
518781596    +Bayview Loan Servicing,    2601 S Bayshore Dr, 4th Floor,    Miami, FL 33133-5413
518631697    +Bayview Loan Servicing, LLC, a Delaware Limited Li,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
               4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518708762    +CITIMORTGAGE, INC.,    CENLAR FSB,   ATTN: BK DEPARTMENT, 425 PHILLIPS BLVD.,
               EWING NJ 08618-1430
518604301    +Citi Mortgage,   Po Box 9438,    Gaithersburg, MD 20898-9438
518604303    +Phelan Hallinan & Schmieg,    400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
518604786     Thomas James,   820 Palisade Ave.,    Union City, NJ 07087-4120
518845898     Wilmington Savings Funds Society, FSB,    as trustee of Stanwich Mortgage Loan,    Trust H,
               1600 S. Douglass Rd. Anaheim, CA 92806
518845899     Wilmington Savings Funds Society, FSB,    as trustee of Stanwich Mortgage Loan,    Trust H,
               1600 S. Douglass Rd. Anaheim, CA 92806,    Wilmington Savings Funds Society, FSB,
               as trustee of Stanwich Mortgage Loan

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2020 01:28:05     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2020 01:28:01     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Jun 27 2020 04:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
518604298    +EDI: BANKAMER.COM Jun 27 2020 04:38:00      Bank Of America,   PO Box 5170,
               Simi Valley, CA 93062-5170
518702788    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 27 2020 01:28:45
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1873
518604299    +EDI: CAPITALONE.COM Jun 27 2020 04:38:00      Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
518604301    +EDI: CIAC.COM Jun 27 2020 04:38:00      Citi Mortgage,   Po Box 9438,
               Gaithersburg, MD 20898-9438
518604302    +EDI: WFNNB.COM Jun 27 2020 04:38:00      Comenity Bank,   995 W 122nd Ave,
               Westminster, CO 80234-3417
518682572     EDI: JEFFERSONCAP.COM Jun 27 2020 04:38:00      Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
518604300     EDI: JPMORGANCHASE Jun 27 2020 04:38:00      Chase,   800 Brooksedge Blvd,   Columbus, OH  43081
518694300     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2020 01:32:33     LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518682533    +EDI: MID8.COM Jun 27 2020 04:38:00      Midland Funding LLC,   PO Box 2011,
               Warren MI 48090-2011
518653938     EDI: PRA.COM Jun 27 2020 04:38:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
518604304    +EDI: RMSC.COM Jun 27 2020 04:38:00      Syncb,   Po Box 965036,   Orlando, FL 32896-5036
518605263    +EDI: RMSC.COM Jun 27 2020 04:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 26, 2020
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melanie Carmela Grimes    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```